IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Eric E. Bernard (#R-25398) a/k/a** | ) | |
| **Terrell King,** | ) | |
| | ) | **Case No. Case No. 20 CV 5341** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Judge John Robert Blakey** |
| **ROB JEFFREYS, Director, Illinois** | ) | |
| **Department of Corrections; JOHN BALDWIN,** | ) | |
| **Former Director, Department of Corrections;** | ) | |
| **SHERWIN MILES, Former Warden, Stateville** | ) | |
| **Correctional Center; B. BARNES, Warden,** | ) | |
| **Stateville Correctional Center; Tarry Williams,** | ) | |
| **Warden, Stateville Correctional Center,** | ) | |
| **TERI KENNEDY, Warden, Pontiac** | ) | **JURY TRIAL DEMANDED** |
| **Correctional Center; DR. STEVE MEEKS** | ) | |
| **WEXFORD HEALTH SOURCES, INC.,** | ) | |
| **Officer Miller, Officer Mroz, Officer Bunch,** | ) | |
| **Officer Hernandez, Officer D. Williams,** | ) | |
| **Officer Degrave, Officer Harris, Officer Palmer,** | ) | |
| **Officer Keith, Officer Johnson, Officer Ali,** | ) | |
| **Officer Page, Officer Place, Officer Powell,** | ) | |
| **Officer Rosario, Officer Martinez,** | ) | |
| **Officer Henderson, Lt. Norman,** | ) | |
| **Lt. D. Jaburer, Lt. Bell, Officer Blunt,** | ) | |
| **Officer Figuerora, Unknown Department** | ) | |
| **of Corrections Employees** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**Plaintiff's Status Report**

  Plaintiff, Eric Bernard, by and through his attorneys, David Baugh and Molly Blaase of O'Hagan Meyer, submits this status report regarding the status of service of the Amended Complaint. This status report is being submitted by Plaintiff individually as it only pertains to the status of service of the Amended Complaint as directed by this Honorable Court on May 12, 2021. (ECF No. 26). To date, all Defendants have been served with the Amended Complaint except for Dr. Steve Meeks, Sherwin Miles and Wexford Health Sources, Inc. This was due to an error with service, and they will be served shortly in compliance with Federal Rule of Civil Procedure 4.

Plaintiff has received executed waivers of service from Defendants Barnes, Baldwin, Bell, Jaburer, Norman, Ali, Blunt, Bunch, D. Williams, Degrave, Figuerora, Keith, Martinez, Page, Place, Jeffreys, Williams and Kennedy. Plaintiff has been advised by Stateville Correctional Center's paralegal that the executed waivers of service for Defendants Powell and Rosario were recently mailed and anticipate receiving them shortly.

Defendants Harris, Hernandez, Johnson and Miller cannot be identified by Stateville Correctional Center by last name alone. Plaintiff's counsel is attempting to locate additional identifying information in order to serve these defendants.

Plaintiff's counsel has been advised by Stateville Correctional Center's paralegal that Defendants Henderson and Mroz are on leave, so Stateville cannot aid in obtaining their signatures for the waivers of service at this time. Therefore, Plaintiff requests a summons to serve Officer Henderson and Officer Mroz.

Respectfully submitted,

By:     */s/ Molly L. Blaase*

Attorneys for Plaintiff,
Eric E. Bernard

David A. Baugh (ARDC No. 6182391)
Molly L. Blaase (ARDC No. 6333961)
O'Hagan Meyer
1 East Wacker Drive, Suite 3400
Chicago, IL 60601
dbaugh@ohaganmeyer.com
mblaase@ohaganmeyer.com