## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Eric E. Bernard (#R-25398) a/k/a | ) | |
| Terrell King, | ) | |
| | ) | Case No. Case No. 20 CV 5341 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Judge John Robert Blakey |
| ROB JEFFREYS, Director, Illinois | ) | |
| Department of Corrections; JOHN BALDWIN, | ) | |
| Former Director, Department of Corrections; | ) | |
| SHERWIN MILES, Former Warden, Stateville | ) | |
| Correctional Center; B. BARNES, Warden, | ) | |
| Stateville Correctional Center; Tarry Williams, | ) | |
| Warden, Stateville Correctional Center, | ) | |
| TERI KENNEDY, Warden, Pontiac | ) | JURY TRIAL DEMANDED |
| Correctional Center; DR. STEVE MEEKS | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| Officer Miller, Officer Mroz, Officer Bunch, | ) | |
| Officer Hernandez, Officer D. Williams, | ) | |
| Officer Degrave, Officer Harris, Officer Palmer, | ) | |
| Officer Keith, Officer Johnson, Officer Ali, | ) | |
| Officer Page, Officer Place, Officer Powell, | ) | |
| Officer Rosario, Officer Martinez, | ) | |
| Officer Henderson, Lt. Norman, | ) | |
| Lt. D. Jaburer, Lt. Bell, Officer Blunt, | ) | |
| Officer Figuerora, Unknown Department | ) | |
| of Corrections Employees | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## Plaintiff's Updated Status Report

Plaintiff, Eric Bernard, by and through his attorneys, David Baugh and Molly Blaase of O'Hagan Meyer, submits this updated status report regarding the status of service of the Amended Complaint. This status report is being submitted by Plaintiff individually as it only pertains to the status of service of the Amended Complaint as directed by this Honorable Court on June 15, 2021. (ECF No. 30). To date, all Defendants have been served with the Amended Complaint.

At this time, Defendants Hernandez, Johnson and Miller cannot be identified by Stateville Correctional Center by last name alone. Plaintiff's counsel has discussed these defendants with the client and reviewed relevant documents, but no additional identifying information is available at

this time. Plaintiff's counsel has been advised by Stateville Correctional Center that Defendant Henderson is still on leave, so Stateville cannot obtain the signature for this waiver of service.

Date: July 30, 2021

Respectfully submitted,

By:    */s/ Molly L. Blaase*
Attorneys for Plaintiff,
Eric E. Bernard

David A. Baugh (ARDC No. 6182391)
Molly L. Blaase (ARDC No.    6333961)
O'Hagan Meyer
1 East Wacker Drive, Suite 3400
Chicago, IL 60601
dbaugh@ohaganmeyer.com
mblaase@ohaganmeyer.com